**United States District Court**
For the Northern District of California

1

2

3

4

5              UNITED STATES DISTRICT COURT

6              NORTHERN DISTRICT OF CALIFORNIA

7

8    UNITED STATES OF AMERICA,

9              Plaintiff,                          Case No. C05-4185 EDL

10
        v.                                         RECUSAL ORDER
11
     1.    $250,110 in United States
12         Currency, and,

13   2.    Real Property and Improvements at
           166 Los Robles Drive,
14         Burlingame, California

15              Defendants.
     _____/
16

17         TO ALL PARTIES AND COUNSEL OF RECORD:

18         This Court recuses itself from hearing this matter due to Third Party Claimant CitiMortgage,

19   Inc.'s filing.  The Clerk shall reassign this matter forthwith to another judge.

20         IT IS SO ORDERED.

21

22   Dated: December 4, 2006

23

24
                                                   _____
25                                                 ELIZABETH D. LAPORTE
                                                   United States Magistrate Judge
26

27

28