KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102
   Telephone: (415) 436-6816
   Facsimile:  (415) 436-6748
   email:      stephanie.hinds@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>               Plaintiff,<br>   v.<br>1.  $250,110 IN UNITED STATES<br>     CURRENCY, AND<br>2.  REAL PROPERTY AND IMPROVEMENTS<br>     AT 166 LOS ROBLES DRIVE,<br>     BURLINGAME, CALIFORNIA<br>               Defendants. | No. C 05-4185 SC<br><br>**STIPULATION REQUESTING STAY<br>OF FORFEITURE PROCEEDINGS** |

     IT IS HEREBY STIPULATED by and between plaintiff United States of America and claimants Eric Cai, Zhoren Cai and CitiMortgage Inc., through undersigned counsel, that this action be stayed pursuant to 21 U.S.C. § 881(j).  Eric Cai, who has filed file a claim contesting the forfeiture of the defendant property, has been charged by a criminal complaint with drug trafficking and money laundering offenses in the Northern District of California.  The underlying criminal activity alleged in the criminal complaint forms, in large part,  the basis for the forfeiture allegations in the government's amended complaint for forfeiture.  Consequently, the parties agree that a stay in the forfeiture proceeding is appropriate in order to preserve Eric Cai's right against self-incrimination in the related criminal

**STIPULATION RE STAY OF FORFEITURE PROCEEDINGS**
**(ERIC CAI)**                                                                                                                           *1*

matter.  The parties thus request that matter be stayed pending resolution of the related criminal prosecution against Eric Cai.  Accordingly, the parties request that the case management conference currently set for Friday, January 26, 2007, at 10:00 a.m. be vacated and that the matter be set for status on March 16, 2007.

DATED: 01/17/07                                /S/
                                         STEPHANIE M. HINDS
                                         Assistant United States Attorney


                                                /S/
DATED: 01/17/07                          RANDY MONTASANTO
                                         Attorney for Eric Cai and Zhaoren Cai


DATED:01/18/07                                  /S/
                                         MICHAEL H. CHANG
                                         Attorney for CitiMortgage Inc.


    IT IS HEREBY ORDERED:

    Upon the stipulation of counsel, and good cause appearing, the above-entitled civil forfeiture action is stayed in light of the pending related criminal prosecution of Eric Cai.  The case management conference scheduled for January 26, 2007, at 10:00 a.m. is vacated.  The matter is continued to March 16, 2007 for status.

DATED:    1/22/07
                                         _____
                                         SAM
                                         United                            ge

*IT IS SO ORDERED*
*Judge Samuel Conti*

**STIPULATION RE STAY OF FORFEITURE PROCEEDINGS**
**(ERIC CAI)**                                                                                                  *2*