SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102
   Telephone: (415) 436-6816
   Facsimile:  (415) 436-6748
   email:     stephanie.hinds@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>  v.<br><br>1.  $250,110 IN UNITED STATES<br>     CURRENCY, AND<br><br>2.  REAL PROPERTY AND IMPROVEMENTS<br>     AT 166 LOS ROBLES DRIVE,<br>     BURLINGAME, CALIFORNIA<br><br>            Defendants. | No.  C 05-4185 SC<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER RE STAY OF FORFEITURE**<br>**PROCEEDINGS** |

     IT IS HEREBY STIPULATED by and between plaintiff United States of America, claimant CitiMortgage and prospective claimants Eric Cai and Zhaoren Cai, through undersigned counsel, that this action be stayed pursuant to 21 U.S.C. § 881(j). Eric Cai, who has filed/will file a claim contesting the forfeiture of the defendant property, has been charged by a criminal complaint with drug trafficking and money laundering offenses in the Northern District of California. The underlying criminal activity alleged in the criminal complaint forms, in large part, the basis for the forfeiture allegations in the government's amended complaint for forfeiture. Consequently, the parties agree that a stay in the

1  forfeiture proceeding is appropriate in order to preserve Cai's right against self-incrimination in the
2  related criminal matter.  The parties thus request that matter be stayed pending resolution of the related
3  criminal prosecution against Cai.  Accordingly, the parties request that the case management conference
4  currently set for Friday, March 23, 2007, at 10:00 a.m a.m. be vacated and that the matter be set for status
5  ~~in approximately 90-120 days~~.   **July 13, 207 at 10:00 A.M.         SC**
6        It is further stipulated that during the pendency of the stay, prospective claimants and property
7  owners Eric Cai and Zhaoren Cai, will make current any delinquent mortgage payments and maintain the
8  mortgage and security of the defendant real property until further order of this Court.  Claimants agree
9  that if they are not able to either bring the mortgage payments current or maintain the mortgage and
10 security of the defendant real property, they will promptly notify the government so that it can take
11 appropriate action, up to an including moving for an interlocutory sale of the property.

13 DATED: 03/14/07                          _____/S/_____
                                            STEPHANIE M. HINDS
14                                          Assistant U.S. Attorney

15 DATED: 03/13/07                          _____/S/_____
                                            RANDY MONTASANTO
16                                          Attorney for Eric Cai and Zhaoren Cai

17 DATED: 03/13/07                          _____/S/_____
                                            MICHAEL H. CHANG
18                                          Attorney for CitiMortgage

21                              ~~[PROPOSED]~~ ORDER
22        Upon the stipulation of counsel, and good cause appearing, the above-entitled civil forfeiture
23 action is stayed in light of the pending related criminal prosecution of Eric Cai.  The case management
24 conference scheduled for March 23, 2007, at 10:00 a.m. is vacated.  The matter is continued to
25 _7/13/07__ for further status.
26        IT IS FURTHER ORDERED that property owners Eric Cai and Zhaoren Cail shall make current
27 any delinquent mortgage payments and will maintain the mortgage and security of the defendant property

**STIPULATION AND [PROPOSED] ORDER**
**RE STAY OF FORFEITURE PROCEEDINGS**
**(ERIC CAI)**                                                                                    *2*

1  until further order of this Court. Should the Cais be unable to bring the mortgage payments current or
2  maintain the mortgage and security of the defendant property, they shall promptly inform the government
3  so that it can take appropriate action, including moving for an interlocutory sale of the defendant real
4  property.
5      IT IS HEREBY ORDERED:
6  DATED:    3/15/07



**STIPULATION AND [PROPOSED] ORDER**
**RE STAY OF FORFEITURE PROCEEDINGS**
**(ERIC CAI)**                                                                                                     3