SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CSBN 202121)
Acting Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-6816
    Facsimile:  (415) 436-6748
    email:       stephanie.hinds@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>1.  $250,110 IN UNITED STATES<br>     CURRENCY, AND<br><br>2.  REAL PROPERTY AND IMPROVEMENTS<br>     AT 166 LOS ROBLES DRIVE,<br>     BURLINGAME, CALIFORNIA<br><br>                Defendants. | No.  C 05-4185 SC<br><br>**STIPULATION REQUESTING FURTHER STAY OF FORFEITURE PROCEEDINGS** |

      IT IS HEREBY STIPULATED by and between plaintiff United States of America and claimants Eric Cai, Zhoren Cai and CitiMortgage Inc., through undersigned counsel, that this action continue to be stayed pursuant to 21 U.S.C. § 881(j).  Eric Cai, who has filed a claim contesting the forfeiture of the defendant property, has been charged by a criminal complaint with drug trafficking and money laundering offenses in the Northern District of California.  The underlying criminal activity alleged in the criminal complaint forms, in large part, the basis for the forfeiture allegations in the government's amended complaint for forfeiture.  Consequently, the parties agree that a stay in the forfeiture proceeding is appropriate in order to preserve Eric Cai's right against self-incrimination in the related criminal

1  matter.  The parties thus request that matter be stayed pending resolution of the related criminal
2  prosecution against Eric Cai.  Accordingly, the parties request that the case management conference
3  currently set for Friday, July 13, 2007, at 10:00 a.m. be vacated and that the matter be set for status on
4  August 24, 2007, or as soon thereafter as the Court may hear this matter.  Government counsel advises
5  that she will be unavailable from September 1 -17, 2007.

7  DATED: 07/09/07                              /S/
                                          STEPHANIE M. HINDS
8                                         Assistant United States Attorney

10 DATED: 07/09/07                              /S/
                                          RANDY MONTESANO
11                                        Attorney for Eric Cai and Zhaoren Cai

13 DATED: 07/09/07                              /S/
                                          MICHAEL H. CHANG
14                                        Attorney for CitiMortgage Inc.

18         IT IS HEREBY ORDERED:

20         Upon the stipulation of counsel, and good cause appearing, the above-entitled civil forfeiture
21 action is stayed in light of the pending related criminal prosecution of Eric Cai.  The case management
22 conference scheduled for July 13, at 10:00 a.m. is vacated.  The matter is continued to
23 9/7/07 @ 10:00 a.m. for status.

25 DATED:   7/11/07                         _____
                                          SAM
26                                        United States District Judge

*IT IS SO ORDERED*
*Judge Samuel Conti*

**STIPULATION RE STAY OF FORFEITURE PROCEEDINGS**
**(ERIC CAI)**                                                                                                2