| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SCBN 9990)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CSBN 163973)<br>Chief, Criminal Division |
| 4 | STEPHANIE M. HINDS (CSBN 154284)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102<br>Telephone: (415) 436-6816 |
| 7 | Facsimile:  (415) 436-6748<br>email:      stephanie.hinds@usdoj.gov |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  C 05-4185 SC |
| Plaintiff, | ) | |
| v. | ) | |
| 1.  $250,110 IN UNITED STATES<br>    CURRENCY, AND | ) | **STIPULATION REQUESTING<br>FURTHER STAY OF FORFEITURE<br>PROCEEDINGS** |
| 2.  REAL PROPERTY AND IMPROVEMENTS<br>    AT 166 LOS ROBLES DRIVE,<br>    BURLINGAME, CALIFORNIA | ) | |
| Defendants. | ) | |

IT IS HEREBY STIPULATED by and between plaintiff United States of America and claimants Eric Cai, Zhoren Cai and CitiMortgage Inc., through undersigned counsel, that this action continue to be stayed pursuant to 21 U.S.C. § 881(j).  Eric Cai, who has filed a claim contesting the forfeiture of the defendant property, has been charged by a criminal complaint with drug trafficking and money laundering offenses in the Northern District of California.  The underlying criminal activity alleged in the criminal complaint forms, in large part,  the basis for the forfeiture allegations in the government's amended complaint for forfeiture.  Consequently, the parties agree that a stay in the forfeiture proceeding is appropriate in order to preserve Eric Cai's right against self-incrimination in the related criminal

**STIPULATION RE STAY OF FORFEITURE PROCEEDINGS
(ERIC CAI)**                                                                                                                                     *1*

matter. The parties thus request that matter be stayed pending resolution of the related criminal prosecution against Eric Cai. Accordingly, the parties request that the case management conference currently set for September 7, 2007, be vacated and that the matter be set for status on November 2, 2007, or as soon thereafter as the Court may hear this matter. Government counsel advises that she will be unavailable from September 1 -17, 2007.

DATED: 08/29/07                              /S/
                                             STEPHANIE M. HINDS
                                             Assistant United States Attorney


                                             /S/
DATED: 08/28/07                              RANDY MONTESANO
                                             Attorney for Eric Cai and Zhaoren Cai


DATED: 08/29/07                              /S/
                                             MICHAEL H. CHANG
                                             Attorney for CitiMortgage Inc.


IT IS HEREBY ORDERED:

Upon the stipulation of counsel, and good cause appearing, the above-entitled civil forfeiture action is stayed in light of the pending related criminal prosecution of Eric Cai. The case management conference scheduled for September 7, 2007 is vacated. The matter is continued to  11/30/07  for status.

DATED:  8/30/07

*IT IS SO ORDERED*
*Judge Samuel Conti*

SAM
United ... 

**STIPULATION RE STAY OF FORFEITURE PROCEEDINGS**
**(ERIC CAI)**                                                                                   *2*